## ADMINISTRATOR, UNEMPLOYMENT COMPENSATION ACT, ET AL. *v.* WILLIAM F. MOFFETT ET AL.

The intervening defendant employment security appeals division board of review's petition for certification for appeal from the Appellate Court, 60 Conn. App. 746 (AC 19549), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Richard T. Sponzo*, assistant attorney general, in support of the petition.

Decided February 7, 2001

## STATE OF CONNECTICUT *v.* ALWYN JOHNSON

The defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 219 (AC 18986), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Arnold V. Amore II*, special public defender, in support of the petition.

*Lawrence J. Tytla*, senior assistant state's attorney, in opposition.

Decided February 7, 2001